IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                       CR No. 16-2931-MV

THOMAS MONTOYA,

      Defendant.

## ORDER FOR PSYCHOLOGICAL EVALUATION

THIS MATTER is before the Court pursuant to a hearing on a Petition for revocation of supervised release held on August 30, 2022. Multiple facts were brought to the Court's attention concerning the defendant's personal, mental and substance abuse history that the Court finds require further investigation through a comprehensive psychological evaluation of the defendant to assist the Court and Probation in determining how best to help Defendant and provide him with the services he needs during supervised release.

WHEREFORE, IT IS HEREBY ORDERED that Defendant shall submit to a comprehensive psychological evaluation. The evaluation shall include, but is not limited to, a review of defendant's prior hospitalizations and any other assessments he may have previously completed. Dr. Julie Brovko shall conduct the evaluation while Defendant is in custody and prepare a written report for the Court, which shall be provided to all parties.

IT IS FURTHER ORDERED that the costs of the evaluation shall be paid by the Department of Justice pursuant to the *Guide to Judiciary Policies and Procedures,* Defender Services §320.20.20(b).

DATED this 2nd day of September.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE