PROB 12C - (Rev. D/NM-8/2014)                                                                     2537633

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Thomas Montoya |
| Docket Number: | 1084 1:16CR02931 -001MV |
| Assigned Judge: | Honorable Martha Vazquez, Senior United States District Judge |
| Date of Original Sentence: | 04/30/2019 |
| Original Offense: | 21 U.S.C. 841(a)(1): Distribution of 50 grams and More of a Mixture and Substance Containing Methamphetamine |
| Original Sentence: | BOP: 7 months; TSR: 36 months |
| Date Supervision Recommenced: | 10/07/2022 |
| Date Supervision Expires: | 10/06/2025 |
| Other Court Action: | 12/21/2020: 12C Petition for Revocation of Supervised Release and Request for warrant due to the defendant absconding from Diersen Residential Reentry Center. |
| | 08/19/2021: The defendant appeared for his Final Revocation Hearing and was sentenced to four months custody, followed by 42-months of supervised release. |
| | 09/12/2021: 12C Petition for Revocation of Supervised Release and request for warrant due to the defendant failing to complete location monitoring and failing to reside at an approved sober living facility. |
| | 11/05/2021: Stipulated Order of Release approved by the Court. The defendant was released to La Pasada Halfway House on November 8, 2021. |
| | 03/30/2022: Amended Petition for Revocation of Supervised Release and Request for a Warrant due to the defendant failing to appear for treatment and drug testing. |
| | 08/30/2022: Final Revocation Hearing held. Defendant sentenced to 7 months custody, followed by a 36-month term of supervised release. |

## PETITIONING THE COURT

No warrant requested.  Emergency warrant issued.

U.S. Probation Officer of the Court, Ben Aragon, alleges the defendant has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| SPC | You must reside in a residential reentry center for a term of (up to) 6 months. You must follow the rules and regulations of the center. |
| | On October 15, 2022, the defendant left La Pasada Halfway House without permission. He failed to return. Due to this action, he was terminated from the facility. |

The maximum statutory penalty:  3 years imprisonment; 4 years supervised release.
The revocation range of imprisonment:  7 to 13 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 10/17/2022.

Submitted:                                                                                          Approved:                              ☐ Phone Approval

*Ben Aragon*                                                                                    Emergency warrant requested
Ben E. Aragon                                                                                   Samuel Hurtado
Senior U.S. Probation Officer                                                         Assistant U.S. Attorney
Cell #: 505-239-3974

                                                                                                           Date: 10/17/2022